JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATA NIGIEMATULINA,<br><br>        Petitioner,<br><br>    v.<br><br>CYNTHIA ARMANT, Warden,<br><br>        Respondent. | Case No. 5:26-cv-01454-KK-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied as moot, and this action is dismissed with prejudice. (JS-6)

Dated: <u>June 1, 2026</u>



_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE